UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JAMES DEAN WILKS, | ) | CASE NO.: C06-1076-JCC |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DISMISSING § 2254 |
| | ) | PETITION |
| REED HOLTGEERTS, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's § 2254 petition (Dkt. #4) is DISMISSED without prejudice; and

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 4th day of January, 2007.

*John C. Coughenour*
John C. Coughenour
United States District Judge

ORDER DISMISSING § 2254 PETITION
PAGE -1